**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:26-cv-396 |
| v. | § | |
| | § | |
| APKUDO, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT APKUDO, INC.'S UNOPPOSED MOTION TO**
**<u>EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendant Apkudo, Inc. ("Apkudo"), respectfully requests entry of an Order extending the time for it to Answer or otherwise respond to the Complaint filed herein by Plaintiff FedEx Supply Chain Logistics and Electronics, Inc. ("FedEx") by two (2) weeks, through and including May 14, 2026. Plaintiff does not oppose the relief requested herein. In support of this Motion, Apkudo states as follows:

1. Plaintiff commenced this litigation on April 1, 2026. Doc. No. 1.

2. The complaint in this matter asserts claims based on six separate patents. *Id.*

3. The extension of time will provide Apkudo and its undersigned counsel time to investigate and gain a better understanding of the facts and FedEx's allegations before responding to the same.

4. This is Apkudo's first request for an extension of time. This extension is requested in good faith and not for purposes of delay.

5. FedEx's counsel does not oppose this Motion.

6. No scheduling order deadlines or trial date have been set in this matter. Accordingly, granting Apkudo this request will not impact any other deadlines in this case nor prejudice FedEx.

7. Apkudo therefore asks this Court to grant this Motion and enter an Order extending the time for Apkudo to respond to FedEx's Complaint until May 14, 2026.

Dated: April 16, 2026

Respectfully submitted,

**NESS PLLC**

*/s/ Eliyahu Ness*
Eliyahu "Eli" Ness
Texas Bar No. 24119651
David Gamble
Texas Bar No. 24040946
3232 McKinney Ave., Ste. 500
Dallas, TX 75204
Telephone: (469) 319-1355
eness@nesslegal.com
dgamble@nesslegal.com

Alanna P. Brallier
Texas Bar No. 24116125
(*pro hac vice* forthcoming)
333 SE 2nd Ave
Suite 2000
Miami, FL 33131
(305) 359-7401
abrallier@nesslegal.com

**ATTORNEYS FOR DEFENDANT APKUDO, INC.**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 16th day of April, 2026, a copy of the foregoing document was transmitted via the Court's CM/ECF system to counsel of record for FedEx Supply Chain Logistics Solutions, Inc.

*/s/ Eliyahu Ness*
Eliyahu "Eli" Ness