UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC.,**

Plaintiff,

v. **No. 4:26-cv-00396-P**

**APKUDO, INC.,**

Defendant.

**ORDER**

Before the Court is Defendant Apkudo, Inc.'s ("Apkudo") Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint (the "Unopposed Motion"). ECF No. 14. Having considered the Motion, relevant docket entries, and applicable law, the Courtfinds that the Motion should be and hereby is **GRANTED in part and DENIED in part.**

**IT IS THEREFORE ORDERED** that Apkudo's deadline to Answer or otherwise respond to Plaintiff's Complaint filed herein at Doc. No. 1 is extended through and including **May 8, 2026.**

**SO ORDERED** on this **17th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE