# EXHIBIT G

## INFRINGEMENT OF U.S. PATENT NO. 9,335,360 UNDER 35 U.S.C. § 271

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claim 1 of the '360 Patent.

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** A method for performing radio frequency (RF) testing of an electronic device comprising: | On information and belief, Defendant provides a method for performing radio frequency (RF) testing of an electronic device.<br><br>For example, Apkudo's Robotic Full Automation provides "functional testing" of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo's overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing "connectivity" (i.e., "RF testing"). |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| **Claims of the '360 Patent** | **Exemplary Citations Showing Infringement** |
|---|---|
| | Further, a press release from "Mobile Klinik" announced a "trailblazing collaboration" where "Apkudo's automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards." https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that "With Apkudo's automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process." *Id.* (emphasis added). |
| **[1a]** receiving an RF antenna in a base plate of a test fixture; | On information and belief, Defendant's testing includes receiving an RF antenna in a base plate of a test fixture.<br><br>For example, Apkudo's Robotic Full Automation provides "functional testing" of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo's overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing "connectivity" (i.e., with an "RF antenna" and a "test fixture."). |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |  <br>https://www.apkudo.com/platform-overview |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | On information and belief, Apkudo's "connectivity" diagnostics include receiving an RF antenna in a base plate of a test fixture.<br><br>Further, a press release from "Mobile Klinik" announced a "trailblazing collaboration" where "Apkudo's automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards." https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that "With Apkudo's automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process." *Id.* (emphasis added). On information and belief, such connectivity testing includes receiving an RF antenna in a base plate.<br><br>Further, Apkudo's Functional Test and Cosmetic Grading Robotics video displays numerous examples of a base plate of a test fixture.<br> |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17.<br> |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13.<br><br>Apkudo's testing videos show numerous examples of electronic devices such as smartphones being placed on base plates with throughout the testing process.<br> |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:27.<br><br>To the extent that Defendant argues that this step is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (placing an RF antenna in close proximity to an electronic device), performed in the same way (receiving the RF antenna in the base plate), to achieve the same result (RF testing of an electronic device). |
| **[1b]** positioning the electronic device above the RF antenna, the electronic device being at least one of a computing device or telecommunications device configured for wireless communication; and | On information and belief, the Defendant's testing includes positioning the electronic device above the RF antenna, the electronic device being at least one of a computing device or telecommunications device configured for wireless communication.<br><br>For example, Apkudo's Robotic Full Automation provides "functional testing" of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo's overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing "connectivity" (i.e., testing with an RF antenna). |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>On information and belief, Apkudo's "connectivity" diagnostics include positioning the device above an RF antenna. |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Further, a press release from "Mobile Klinik" announced a "trailblazing collaboration" where "Apkudo's automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards." https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that "With Apkudo's automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process." *Id.* (emphasis added). On information and belief, such connectivity testing includes receiving an RF antenna in a base plate.<br><br>Further, Apkudo's Functional Test and Cosmetic Grading Robotics video displays numerous examples of a base plate: |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17. |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13. |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Apkudo's testing videos show numerous examples of electronic devices such as smartphones being placed on base plates:<br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:16. |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | The clamps (i.e., guides) are visibly attached or connected to the base plate in the video. When they slide together, the phone is oriented in the correct position and placed above cutouts in the plate. On information and belief, these cutouts are used to position the device above an RF antenna.<br><br> |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:19.<br><br>To the extent that Defendant argues that this step is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (positioning the device near an RF antenna), performed in the same way (positioning the electronic device above the RF antenna), to achieve the same result (RF testing of an electronic device). |
| **[1c]** performing the RF testing. | On information and belief, Defendant's testing includes performing the RF testing.<br><br>For example, Apkudo's Robotic Full Automation provides "functional testing" of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo's overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing "connectivity" (i.e., "RF testing"). |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|




https://www.apkudo.com/platform-overview

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | Further, a press release from "Mobile Klinik" announced a "trailblazing collaboration" where "Apkudo's automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards." https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that "With Apkudo's automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process." *Id.* (emphasis added). On information and belief, such connectivity testing includes receiving an RF antenna in a base plate. |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17. |

| Claims of the '360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13. |

| Claims of the ’360 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | |