# EXHIBIT H

## INFRINGEMENT OF U.S. PATENT NO. 9,341,662 UNDER 35 U.S.C. § 271

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claims 1 and 17 of the ’662 Patent.

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** A method for performing RF testing of an electronic device comprising: | On information and belief, Defendant’s testing includes a method for performing RF testing of an electronic device.<br><br>For example, Apkudo’s Robotic Full Automation provides “functional testing” of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo’s overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing “connectivity” (i.e., “RF testing”). |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Further, a press release from “Mobile Klinik” announced a “trailblazing collaboration” where “Apkudo’s automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards.” https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that “With Apkudo’s automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process.” *Id.* (emphasis added). |
| **[1a]** receiving an RF antenna in a base plate, wherein the base plate defines a grid of grooves; | On information and belief, the Defendant’s testing includes receiving an RF antenna in a base plate, wherein the base plate defines a grid of grooves.<br><br>For example, Apkudo’s Robotic Full Automation provides “functional testing” of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo’s overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing “connectivity” (i.e., “RF testing”). |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |   On information and belief, Apkudo’s “connectivity” diagnostics include receiving an RF antenna in a base plate. |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Further, a press release from "Mobile Klinik" announced a "trailblazing collaboration" where "Apkudo's automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards." https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that "With Apkudo's automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process." *Id.* (emphasis added). On information and belief, such connectivity testing includes receiving an RF antenna in a base plate.<br><br>Further, Apkudo's Functional Test and Cosmetic Grading Robotics video displays numerous examples of a base plate that defines a grid of grooves. |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17. |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | Apkudo’s testing videos show numerous examples of electronic devices such as smartphones being placed on base plates with openings and grids of grooves throughout the testing process.<br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:27. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | |
| **[1b]** receiving one or more guides for connection to the base plate for securing the electronic device above the RF antenna; and | On information and belief, Defendant’s testing includes receiving one or more guides for connection to the base plate for securing the electronic device above the RF antenna.<br><br>For example, Apkudo’s Robotic Full Automation provides “functional testing” of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo’s overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing “connectivity” (i.e., “RF testing”). |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview<br><br>On information and belief, Apkudo's "connectivity" diagnostics include receiving an RF antenna in a base plate. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Further, a press release from “Mobile Klinik” announced a “trailblazing collaboration” where “Apkudo’s automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards.” https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that “With Apkudo’s automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process.” *Id.* (emphasis added). On information and belief, such connectivity testing includes receiving an RF antenna in a base plate.<br><br>Further, Apkudo’s Functional Test and Cosmetic Grading Robotics video displays numerous examples of a base plate that defines a grid of grooves. |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13. |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | Apkudo's testing videos show numerous examples of electronic devices such as smartphones being placed on base plates with openings and grids of grooves.<br><br>Further, the testing video shows that the Accused Platform includes receiving one or more guides for connection to the base plate. For example, the video shows that clamps are used to secure a device to a base plate:<br> |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:16.<br><br>The clamps (i.e., guides) are visibly attached or connected to the base plate in the video. When they slide together, the phone is oriented in the correct position and placed above cutouts in the plate. On information and belief, these cutouts are used to position the device above an RF antenna. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:19. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | To the extent that Defendant argues that this step is not practiced literally, Defendant’s actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (securing the electronic device above the RF antenna), performed in the same way (using one or more guides), to achieve the same result (a secured electronic device positioned above an RF antenna). |
| **[1c]** securing the electronic device on the base plate to perform the RF testing utilizing the one or more guides. | On information and belief, Defendant’s testing includes securing the electronic device on the base plate to perform the RF testing utilizing the one or more guides.<br><br>For example, Apkudo’s Robotic Full Automation provides “functional testing” of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo’s overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing “connectivity” (i.e., “RF testing”). |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  <br>https://www.apkudo.com/platform-overview |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | On information and belief, Apkudo’s “connectivity” diagnostics include receiving an RF antenna in a base plate.<br><br>Further, a press release from “Mobile Klinik” announced a “trailblazing collaboration” where “Apkudo’s automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards.” https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that “With Apkudo’s automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process.” *Id.* (emphasis added). On information and belief, such connectivity testing includes receiving an RF antenna in a base plate.<br><br>Further, Apkudo’s Functional Test and Cosmetic Grading Robotics video displays numerous examples of a base plate that defines a grid of grooves. |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Apkudo’s testing videos show numerous examples of electronic devices such as smartphones being placed on base plates with openings and grids of grooves.<br><br>Further, the testing video shows that the Accused Platform includes receiving one or more guides for connection to the base plate. For example, the video shows that clamps are used to secure a device to a base plate:<br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:16. The clamps (i.e., guides) are visibly attached or connected to the base plate in the video. When they slide together, the phone is oriented in the correct position and placed above cutouts in the plate. On information and belief, these cutouts are used to position the device above an RF antenna. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:19.<br><br>From the video, it is evident that the guides are used to secure the electronic device on the base plate. On information and belief, these guides are used with a base plate in the same manner to perform RF testing. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | |
| **17[pre]** A method for performing testing of an electronic device comprising: | On information and belief, Defendant’s testing includes a method for performing testing of an electronic device.<br><br>For example, Apkudo’s Robotic Full Automation provides “functional testing” of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo’s overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing “connectivity.” |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/platform-overview |

| **Claims of the ’662 Patent** | **Exemplary Citations Showing Infringement** |
|---|---|
| | Further, a press release from “Mobile Klinik” announced a “trailblazing collaboration” where “Apkudo’s automation technology will allow Mobile Klinik to streamline device testing and grading, reduce operational risks, scale operations, and ensure that every refurbished certified pre-owned device meets the company's rigorous standards.” https://www.newswire.ca/news-releases/mobile-klinik-and-apkudo-partner-to-raise-the-standard-for-reliability-sustainability-and-quality-in-device-repair-and-refurbishment-in-canada-827279335.html. The same press release states that “With Apkudo’s automation technology, customers will benefit from an added layer of confidence, knowing that every certified pre-owned device has been thoroughly tested – **from functionality to connectivity** – and optimized for performance and the highest quality as part of Mobile Klinik's new and improved process.” *Id.* (emphasis added). |
| **[17a]** positioning one or more guides on a base plate of a test fixture; | On information and belief, Defendant’s testing includes positioning one or more guides on a base plate of a test fixture.<br><br>For example, Apkudo’s Robotic Full Automation provides “functional testing” of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo’s overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing “connectivity.” |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview<br><br>On information and belief, Apkudo’s functional testing further includes positioning one or more guides on a base plate of a test fixture.<br><br>Apkudo’s Functional Test and Cosmetic Grading Robotics video displays numerous examples of a base plate and guides. |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | Further, the testing video shows that the Accused Platform includes positioning one or more guides on a base plate of a test fixture. For example, the video shows that clamps are used to secure a device to a base plate:  https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:16. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | The clamps (i.e., guides) are visibly attached or positioned on the base plate in the video. When they slide together, the phone is oriented in the correct position and placed above cutouts in the plate.   https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:19. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | |
| **[17b]** positioning the electronic device in proximity to an RF antenna connected to the test fixture; | On information and belief, Defendant’s testing includes positioning the electronic device in proximity to an RF antenna connected to the test fixture.<br><br>For example, Apkudo’s Robotic Full Automation provides “functional testing” of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo’s overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing “connectivity,” which would likely include the use of an RF antenna. |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
|---|---|




https://www.apkudo.com/platform-overview

On information and belief, Apkudo's functional testing further includes positioning the electronic device in proximity to an RF antenna connected to the test fixture.

Apkudo's Functional Test and Cosmetic Grading Robotics video displays numerous examples of a test fixture with a base plate.

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:17. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:13. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Further, the testing video shows that the Accused Platform includes positioning an electronic device on a base plate:<br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:16. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | The clamps (i.e., guides) are visibly attached or positioned on the base plate in the video. When they slide together, the phone is oriented in the correct position and placed above cutouts in the plate. On information and belief, these cutouts are used to position the device in proximity to an RF antenna to perform the aforementioned connectivity testing.  |

| Claims of the '662 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:19.<br><br>To the extent that Defendant argues that this step is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (positioning the electronic device for RF testing), performed in the same way (positioning the electronic device in proximity to an RF antenna), to achieve the same result (RF testing of an electronic device). |
| **[17c]** performing one or more wireless tests on the electronic device. | On information and belief, Defendant's testing includes performing one or more wireless tests on the electronic device.<br><br>For example, Apkudo's Robotic Full Automation provides "functional testing" of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo's overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing "connectivity," which would include wireless tests. |

| Claims of the ’662 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.apkudo.com/platform-overview |