# EXHIBIT J

**<u>INFRINGEMENT OF U.S. PATENT NO. 9,575,973 UNDER 35 U.S.C. § 271</u>**

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claim 1 of the ’973 Patent.

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** A method for flashing an electronic device, the method comprising: | On information and belief, Defendant performs a method for flashing an electronic device. For example, Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added)<br><br><br>https://www.apkudo.com/automation-line |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added).<br><br>“Apkudo's RFA Processing Solution is a modular suite of apps and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added).<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization: |

<table>
<tr><th>Claims of the ’973 Patent</th><th>Exemplary Citations Showing Infringement</th></tr>
<tr><td></td><td>

https://www.apkudo.com/recover/employee-purchase</td></tr>
</table>

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1a]** establishing communication, by a computing device, with an electronic device, wherein the electronic device is in communication with the computing device using at least one of a wireless connection and a wired connection; | On information and belief, Defendant establishes communication, by a computing device, with an electronic device, wherein the electronic device is in communication with the computing device using at least one of a wireless connection and a wired connection. For example, Apkudo’s Robotic Standalone Automation can communicate with a mix of different electronic devices:<br> https://www.apkudo.com/automation-unit |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | **What devices can the RSA process?**<br>RSA offers broad compatibility and can seamlessly process iOS and Android smartphones, tablets, and even the latest foldable devices—all within a single system.<br>**Can the system handle iOS and Android devices without reconfiguration?**<br>Yes, RSA can support the full device mix, including different operating systems and form factors, without reconfiguration. Devices can be introduced and processed at random without pausing for specialized configuration.<br>https://www.apkudo.com/automation-unit |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.apkudo.com/launch |


Simulated Usage Testing
Assess device stability and compatibility by testing a mix of applications, device load, and more.
Device Stability
Smartphone
TN7D-F3X6-43FR-X5R2
Compatibility: 95%
Stability: 88%

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | [https://www.apkudo.com/launch](https://www.apkudo.com/launch)<br><br><br>[https://www.apkudo.com/launch](https://www.apkudo.com/launch) |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1b]** identifying, by the computing device, a make and model associated with the electronic device; | On information and belief, Defendant identifies, by the computing device, a make and model associated with the electronic device. For example, Apkudo’s Device Passport Platform shows the make and model of electronic devices identified by Apkudo’s RFA devices: |

| Claims of the '973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1c]** accessing, by a computing device, a flashing program stored on a network device; and | On information and belief, Defendant accesses, by a computing device, a flashing program stored on a network device. For example, Apkudo offers its Platform as a Software as a Service (SaaS) stored on a network device:   https://www.apkudo.com/powered-by-apkudo<br><br>Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added) |

| Claims of the '973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/automation-line<br><br>Additionally, Apkudo's "automated and transparent device recovery program" provided that "all returned devices were securely processed for ***data erasure***." https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added). |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support<br><br>“Apkudo's RFA Processing Solution is a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization: |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/recover/employee-purchase<br><br>mobile recell \| part of apkudo<br><br>Additionally, mobile recell, a part of Apkudo, has utilized “data destruction software.”<br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/ |

| Claims of the '973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1d]** flashing, by the computing device, as instructed by the flashing program, the electronic device, wherein the flashing removes customer private information from the electronic device; | On information and belief, Defendant flashes, by the computing device, as instructed by the flashing program, the electronic device, wherein the flashing removes customer private information from the electronic device. For example, Apkudo's Robotic Full Automation provides data clearing that can "***[s]anitize and validate data erasure*** for up to 52 devices at a time." https://www.apkudo.com/automation-line (emphasis added)<br><br><br><br>https://www.apkudo.com/automation-line |

| Claims of the '973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Additionally, Apkudo's "automated and transparent device recovery program" provided that "all returned devices were securely processed for ***data erasure***." https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, "Apkudo's Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction." https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added).<br><br>"Apkudo's RFA Processing Solution is a modular suite of apps and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere." https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added).<br><br>Apkudo's Recovery software provides workflows for remote wipe or physical data sanitization: |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/recover/employee-purchase |

| Claims of the '973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1e]** reporting the removal or non-removal of the customer private information on the electronic device to provide an audit trail; | On information and belief, Defendant reports the removal or non-removal of the customer private information on the electronic device to provide an audit trail. For example, Apkudo provides "a secure chain of logistics and Certificate of Data Erasure" for devices to provide an audit trail. https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process<br><br>**What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo's cutting-edge platform to drive efficiency and sustainability across Europe. Here's why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste.<br><br>https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

# CERTIFICATE OF REGISTRATION

ADISA®

CERTIFICATION NUMBER: AAC148
PROJECT NUMBER: ADPC249
VERSION NUMBER: 01

ISSUE DATE: 16.09.2024
EXPIRY DATE: 16.09.2027

## RFA CELL 4 (CLEARANCE) SFTF-400 V40004

FROM

APKUDO

## CERTIFIED PRODUCT CLAIMS TEST

HAS ACHIEVED
**PASS**

TEST LEVEL
**1**

MEDIA TESTED

SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1
SMART PHONE - GALAXY S22- ANDROID 14

ON BEHALF OF ADISA

P. Turner

DR. PHILIP TURNER
TECHNOLOGY DIRECTOR
ADISA RESEARCH CENTRE

ADISA® CERTIFIED PRODUCT CLAIMS TEST

1 2 3 4 5 6

ASSURANCE LEVEL 3

VERIFICATION CODE

This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.

SCHEME OWNED AND OPERATED BY ADISA CERTIFICATION LIMITED
Ground Floor, 5 Kinsbourne Court 96 - 100 Luton Road Harpenden AL5 3BL
www.adisa.global

| Claims of the '973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br><br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br><br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1f]** performing trend analysis using the audit trail to identify issues with removing the customer private information from specific device types; and | On information and belief, Defendant performs trend analysis using the audit trail to identify issues with removing the customer private information from specific device types. For example, Apkudo uses testing data, such as data removal, to identify device trends:   https://www.apkudo.com/launch |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  <br>https://www.apkudo.com/recover |

| | |
|---|---|
| | **See device, model, and partner trends**<br><br>Make smarter, data-driven decisions with our powerful analytics and reporting tools. Identify trends, benchmark performance, and gain actionable insights into every device, model, and partner in your ecosystem.<br><br>https://www.apkudo.com/platform-overview |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | |
| **[1g]** reconfiguring the flashing program to more effectively remove the customer private information for future devices based on the identified issues. | On information and belief, Defendant reconfigures the flashing program to more effectively remove the customer private information for future devices based on the identified issues. For example, Apkudo uses device trends to improve the efficiency of its programs, such as data removal: |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/launch |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the ’973 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/recover |

| | |
|---|---|
| |  <br>https://www.apkudo.com/platform-overview |