# EXHIBIT K

**<u>INFRINGEMENT OF U.S. PATENT NO. 9,921,923 UNDER 35 U.S.C. § 271</u>**

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claim 1 of the ’923 Patent.

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** An auditing device for detecting customer personal information (CPI), the auditing device comprising: | On information and belief, Defendant provides an auditing device for detecting customer personal information (CPI). For example, For example, Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added)<br><br><br>https://www.apkudo.com/automation-line |

| Claims of the '923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Additionally, Apkudo's "automated and transparent device recovery program" provided that "all returned devices were securely processed for ***data erasure***." https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, "Apkudo's Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction." https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added).<br><br>"Apkudo's RFA Processing Solution is a modular suite of apps and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere." https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added).<br><br>Apkudo's Recovery software provides workflows for remote wipe or physical data sanitization: |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/recover/employee-purchase<br><br>Defendant also provides “a secure chain of logistics and Certificate of Data Erasure” for devices to provide an audit trail. https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo’s cutting-edge platform to drive efficiency and sustainability across Europe. Here’s why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste.<br><br>https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

# CERTIFICATE OF REGISTRATION

ADISA®

CERTIFICATION NUMBER: AAC148
PROJECT NUMBER: ADPC249
VERSION NUMBER: 01

ISSUE DATE: 16.09.2024
EXPIRY DATE: 16.09.2027

## RFA CELL 4 (CLEARANCE) SFTF-400 V40004

FROM
APKUDO

## CERTIFIED PRODUCT CLAIMS TEST

HAS ACHIEVED
**PASS**

TEST LEVEL
**1**

MEDIA TESTED

SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1
SMART PHONE - GALAXY S22- ANDROID 14

ON BEHALF OF ADISA

P. Turner

DR. PHILIP TURNER
TECHNOLOGY DIRECTOR
ADISA RESEARCH CENTRE

ADISA CERTIFIED PRODUCT CLAIMS TEST

1 2 3 4 5 6

ASSURANCE LEVEL 3

VERIFICATION CODE

This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.

SCHEME OWNED AND OPERATED BY ADISA CERTIFICATION LIMITED
Ground Floor, 5 Kinsbourne Court 96 - 100 Luton Road Harpenden AL5 3BL
www.adisa.global

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br><br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br><br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | |
| **[1a]** a user interface for communicating information and receiving user input; | On information and belief, Defendant provides a user interface for communicating information and receiving user input. For example, the Apkudo Device Passport Platform provides a user interface for communicating information and receiving user input:<br><br>https://www.apkudo.com/platform-overview |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/platform-overview |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Apkudo’s Diagnostic SDK also provides a user interface that “guide[s] users through initial cosmetic grading, functional testing, and sending in their device.” |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/trade-in |




https://www.apkudo.com/trade-in

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **12.5 Submission**. All Incidents must be submitted via the Apkudo Platform, Apkudo Application(s) or interfaces (e.g. gethelp@apkudo.com) to the platform provided by Apkudo. In order for Apkudo to provide the Services, you must provide all information requested by Apkudo with respect to each Incident.<br>https://www.apkudo.com/legal/customer-terms-of-service |
| **[1b]** a plurality of interfaces operable to communicate with one or more electronic devices; | On information and belief, Defendant provides a plurality of interfaces operable to communicate with one or more electronic devices. For example, Defendant is able to communicate with numerous devices at one time using a plurality of interfaces:<br><br> |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://www.apkudo.com/automation-line<br><br>https://www.apkudo.com/automation-unit |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What devices can the RSA process?**<br>RSA offers broad compatibility and can seamlessly process iOS and Android smartphones, tablets, and even the latest foldable devices—all within a single system.<br>**Can the system handle iOS and Android devices without reconfiguration?**<br>Yes, RSA can support the full device mix, including different operating systems and form factors, without reconfiguration. Devices can be introduced and processed at random without pausing for specialized configuration.<br>https://www.apkudo.com/automation-unit |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/launch |


Simulated Usage Testing
Assess device stability and compatibility by testing a mix of applications, device load, and more.
Device Stability
Smartphone
Compatibility: 95%
Stability: 88%

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://www.apkudo.com/launch   https://www.apkudo.com/launch |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1c]** a memory operable to store a plurality of libraries providing information for detecting CPI on a plurality of electronic devices including a plurality of makes, models, and configurations; and | On information and belief, Defendant provides a memory operable to store a plurality of libraries providing information for detecting CPI on a plurality of electronic devices including a plurality of makes, models, and configuration. For example, Defendant has a memory storing a “Global Device Library” for a plurality of makes, models, and configurations.<br><br><br>https://www.apkudo.com/automation-line<br><br>The libraries of the Accused Products and Services provide information for detecting (and erasing) CPI on a plurality of electronic devices. |

| Claims of the '923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.apkudo.com/powered-by-apkudo<br><br>Apkudo's Robotic Full Automation provides data clearing that can "***[s]anitize and validate data erasure*** for up to 52 devices at a time." https://www.apkudo.com/automation-line (emphasis added) |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.apkudo.com/automation-line<br><br>Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | “Apkudo's RFA Processing Solution is a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization:<br><br><br>https://www.apkudo.com/recover/employee-purchase |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | mobile recell \| part of apkudo<br><br>Additionally, mobile recell, a part of Apkudo, has utilized “data destruction software.” https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/ |
| **[1d]** logic operable to utilize the plurality of libraries to: detect, with the auditing device, CPI included on the one or more electronic devices communicating with the auditing device; | On information and belief, Defendant provides logic operable to utilize the plurality of libraries to detect, with the auditing device, CPI included on the one or more electronic devices communicating with the auditing device. For example, Defendant has logic operable to utilize the “Global Device Library” to detect CPI included on the one or more electronic devices.<br><br><br><br>https://www.apkudo.com/automation-line |

| Claims of the '923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/powered-by-apkudo<br><br>Apkudo's Robotic Full Automation provides data clearing that can "***[s]anitize and validate data erasure*** for up to 52 devices at a time." https://www.apkudo.com/automation-line (emphasis added) |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/automation-line<br><br>Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support |

| Claims of the '923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | "Apkudo's RFA Processing Solution is a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere." https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html<br><br>Apkudo's Recovery software provides workflows for remote wipe or physical data sanitization:<br><br><br>https://www.apkudo.com/recover/employee-purchase |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | mobile recell \| part of apkudo<br><br>Additionally, mobile recell, a part of Apkudo, has utilized “data destruction software.”<br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/ |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| **[1e]** record, at the auditing device, an identification of an electronic device in an audit trail in response to detecting that the CPI is present on the electronic device, wherein the audit trail includes data on other electronic devices in which the auditing device previously detected that the CPI was present; | On information and belief, Defendant provides logic operable to utilize the plurality of libraries to record, at the auditing device, an identification of an electronic device in an audit trail in response to detecting that the CPI is present on the electronic device, wherein the audit trail includes data on other electronic devices in which the auditing device previously detected that the CPI was present. For example, Defendant has logic operable to utilize the “Global Device Library” to record an identification of an electronic device in an audit trail in response to detecting that the CPI is present on the electronic device, wherein the audit trail includes data on other electronic devices in which the auditing device previously detected that the CPI was present.<br><br><br><br>https://www.apkudo.com/automation-line<br><br>Defendant provides “a secure chain of logistics and Certificate of Data Erasure” for devices to provide an audit trail. https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo’s cutting-edge platform to drive efficiency and sustainability across Europe. Here’s why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste.<br><br>https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

| | |
|---|---|
| | # CERTIFICATE OF REGISTRATION<br><br>CERTIFICATION NUMBER: AAC148<br>PROJECT NUMBER: ADPC249<br>VERSION NUMBER: 01<br><br>ISSUE DATE: 16.09.2024<br>EXPIRY DATE: 16.09.2027<br><br>**RFA CELL 4 (CLEARANCE) SFTF-400 V40004**<br><br>FROM<br>APKUDO<br><br>**CERTIFIED PRODUCT CLAIMS TEST**<br><br>HAS ACHIEVED: **PASS**<br>TEST LEVEL: **1**<br><br>MEDIA TESTED<br>SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1<br>SMART PHONE - GALAXY S22- ANDROID 14<br><br>ON BEHALF OF ADISA<br>DR. PHILIP TURNER<br>TECHNOLOGY DIRECTOR<br>ADISA RESEARCH CENTRE<br><br>CERTIFIED PRODUCT CLAIMS TEST<br>1 2 3 4 5 6<br>ASSURANCE LEVEL 3<br><br>VERIFICATION CODE<br><br>This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.<br>SCHEME OWNED AND OPERATED BY ADISA CERTIFICATION LIMITED<br>Ground Floor, 5 Kinsbourne Court 96 - 100 Luton Road Harpenden AL5 3BL<br>www.adisa.global |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br><br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br><br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1f]** perform, at the auditing device, trend analysis on the audit trail to indicate potential issues; | On information and belief, Defendant provides logic operable to utilize the plurality of libraries to perform, at the auditing device, trend analysis on the audit trail to indicate potential issues. For example, Defendant has logic operable to utilize the “Global Device Library” to perform trend analysis on the audit trail to indicate potential issues.<br><br><br>https://www.apkudo.com/automation-line |

| Claims of the '923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |   https://www.apkudo.com/launch |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  <br>https://www.apkudo.com/platform-overview |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  <br>https://www.apkudo.com/recover |




https://www.apkudo.com/platform-overview

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1g]** adjust, at the auditing device, the plurality of libraries to more effectively remove the CPI from electronic devices based on the trend analysis; | On information and belief, Defendant provides logic operable to utilize the plurality of libraries to adjust, at the auditing device, the plurality of libraries to more effectively remove the CPI from electronic devices based on the trend analysis. For example, Defendant has logic operable to utilize the “Global Device Library” to adjust the “Global Device Library” to more effectively remove the CPI from electronic devices based on the trend analysis.<br><br><br>https://www.apkudo.com/automation-line |

| Claims of the '923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |   https://www.apkudo.com/launch |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  <br>https://www.apkudo.com/platform-overview |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |   https://www.apkudo.com/recover |

| | |
|---|---|
| | **See device, model, and partner trends**<br><br>Make smarter, data-driven decisions with our powerful analytics and reporting tools. Identify trends, benchmark performance, and gain actionable insights into every device, model, and partner in your ecosystem.<br>https://www.apkudo.com/platform-overview |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| **[1h]** update, with the auditing device, a second plurality of libraries of a CPI removal system by communicating with a master auditing device in response to adjusting the plurality of libraries stored in the memory of the auditing device; and | On information and belief, Defendant provides logic operable to utilize the plurality of libraries to update, with the auditing device, a second plurality of libraries of a CPI removal system by communicating with a master auditing device in response to adjusting the plurality of libraries stored in the memory of the auditing device. For example,   https://www.apkudo.com/automation-line |

| Claims of the '923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/launch |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |   <br>https://www.apkudo.com/platform-overview |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/recover |

| | |
|---|---|
| | **See device, model, and partner trends**<br>Make smarter, data-driven decisions with our powerful analytics and reporting tools. Identify trends, benchmark performance, and gain actionable insights into every device, model, and partner in your ecosystem.<br>https://www.apkudo.com/platform-overview |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://apkudo.com/diagnostic-sdk |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1i]** remove, by the auditing device, the CPI included on an electronic device of the one or more electronic devices in response to determining that the CPI is present on the electronic device. | On information and belief, Defendant provides logic operable to utilize the plurality of libraries to remove, by the auditing device, the CPI included on an electronic device of the one or more electronic devices in response to determining that the CPI is present on the electronic device. For example, Defendant has logic operable to utilize the "Global Device Library" to remove CPI on an electronic device in response to determining that the CPI is present on the electronic device.<br><br><br>https://www.apkudo.com/automation-line |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |   https://www.apkudo.com/powered-by-apkudo<br><br>Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added) |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/automation-line<br><br>Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support |

| Claims of the ’923 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | “Apkudo's RFA Processing Solution is a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization:<br><br><br>https://www.apkudo.com/recover/employee-purchase |

| **Claims of the ’923 Patent** | **Exemplary Citations Showing Infringement** |
|---|---|
| | Additionally, mobile recell, a part of Apkudo, has utilized “data destruction software.” https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/ |