# EXHIBIT O

**<u>INFRINGEMENT OF U.S. PATENT NO. 9,311,488 UNDER 35 U.S.C. § 271</u>**

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claim 1 of the ’488 Patent.

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** A method for processing electronic devices to remove customer personal information (CPI), the method comprising: | On information and belief, Defendant performs a method for processing electronic devices to remove customer personal information (CPI). For example, Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added)<br><br>https://www.apkudo.com/automation-line |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added).<br><br>“Apkudo's RFA Processing Solution is a modular suite of apps and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added).<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization: |

| Claims of the '488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/recover/employee-purchase<br><br>Defendant also provides "a secure chain of logistics and Certificate of Data Erasure" for devices to provide an audit trail.<br>https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo’s cutting-edge platform to drive efficiency and sustainability across Europe. Here’s why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste.<br><br>https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

# CERTIFICATE OF REGISTRATION

ADISA®

CERTIFICATION NUMBER: AAC148
PROJECT NUMBER: ADPC249
VERSION NUMBER: 01

ISSUE DATE: 16.09.2024
EXPIRY DATE: 16.09.2027

## RFA CELL 4 (CLEARANCE) SFTF-400 V40004

FROM

APKUDO

## CERTIFIED PRODUCT CLAIMS TEST

HAS ACHIEVED
PASS

TEST LEVEL
1

MEDIA TESTED

SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1
SMART PHONE - GALAXY S22- ANDROID 14

ON BEHALF OF ADISA

P. Turner

DR. PHILIP TURNER
TECHNOLOGY DIRECTOR
ADISA RESEARCH CENTRE

ADISA® CERTIFIED PRODUCT CLAIMS TEST

1 2 3 4 5 6

ASSURANCE LEVEL 3

VERIFICATION CODE

This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.

| Claims of the '488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br><br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br><br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| **[1a]** establishing a connection between an electronic device and a test system; | On information and belief, Defendant establishes a connection between an electronic device and a test system. For example, Apkudo’s Robotic Standalone Automation can communicate with a mix of different electronic devices:<br><br>https://www.apkudo.com/automation-unit |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What devices can the RSA process?**<br>RSA offers broad compatibility and can seamlessly process iOS and Android smartphones, tablets, and even the latest foldable devices—all within a single system.<br>**Can the system handle iOS and Android devices without reconfiguration?**<br>Yes, RSA can support the full device mix, including different operating systems and form factors, without reconfiguration. Devices can be introduced and processed at random without pausing for specialized configuration.<br>https://www.apkudo.com/automation-unit |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>https://www.apkudo.com/launch |


Simulated Usage Testing
Assess device stability and compatibility by testing a mix of applications, device load, and more.
Device Stability
Smartphone
TN7D-F3X6-43FR-X5R2
Compatibility: 95%
Stability: 88%

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/launch<br><br><br>https://www.apkudo.com/launch |
| **[1b]** testing, by the test system, the electronic device to determine the | On information and belief, Defendant tests, by the test system, the electronic device to determine the presence of the CPI utilizing a library associated with a make and model of the electronic device. For example, Apkudo’s Device Passport Platform identifies the make and model of electronic devices identified by Apkudo’s RFA devices: |

<table>
<tr><th>Claims of the ’488 Patent</th><th>Exemplary Citations Showing Infringement</th></tr>
<tr><td>presence of the CPI utilizing a library associated with a make and model of the electronic device;</td><td>




https://www.apkudo.com/platform-overview
</td></tr>
</table>

<table>
<tr><th>Claims of the ’488 Patent</th><th>Exemplary Citations Showing Infringement</th></tr>
<tr><td></td><td>

https://www.apkudo.com/platform-overview<br><br>Defendant has a “Global Device Library” for a plurality of makes, models, and configurations.</td></tr>
</table>

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  <br>https://www.apkudo.com/automation-line<br><br>The libraries of the Accused Products and Services provide information for detecting (and erasing) CPI on a plurality of electronic devices. |

<table>
<tr><th>Claims of the ’488 Patent</th><th>Exemplary Citations Showing Infringement</th></tr>
<tr><td></td><td>

https://www.apkudo.com/powered-by-apkudo<br><br>Apkudo’s Robotic Full Automation provides data clearing that can “[s]anitize and validate data erasure for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added)</td></tr>
</table>

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/automation-line<br><br>Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | “Apkudo's RFA Processing Solution is a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization:<br><br><br><br><br>https://www.apkudo.com/recover/employee-purchase |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | mobile recell \| part of apkudo<br><br>Additionally, mobile recell, a part of Apkudo, has utilized “data destruction software.” https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/ |
| **[1c]** locking, by the test system, functionality of the electronic device in response to initiating the testing; | On information and belief, Defendant locks, by the test system, functionality of the electronic device in response to initiating the testing. For example, devices are locked when processed in Defendant’s Robotic Full Automation. |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/process |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.apkudo.com/process |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.apkudo.com/automation-line |
| **[1d]** retrieving, by the test system, the library through a network connection in response to determining, by the test system, that the library is not locally | On information and belief, Defendant retrieves, by the test system, the library through a network connection in response to determining, by the test system, that the library is not locally available to the test system. For example, Defendant has a “Global Device Library” for that are retrievable when a library is not locally available. |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| available to the test system; |   [https://www.apkudo.com/automation-line](https://www.apkudo.com/automation-line) |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.apkudo.com/powered-by-apkudo |
| **[1e]** generating, by the test system, a report indicating | On information and belief, Defendant generates, by the test system, a report indicating whether the electronic device includes the CPI. For example, Apkudo provides “a secure chain of logistics and Certificate of Data Erasure” for devices to provide an audit trail. https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| whether the electronic device includes the CPI; | **What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo’s cutting-edge platform to drive efficiency and sustainability across Europe. Here’s why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste.<br><br>https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

# CERTIFICATE OF REGISTRATION

ADISA®

CERTIFICATION NUMBER: AAC148
PROJECT NUMBER: ADPC249
VERSION NUMBER: 01

ISSUE DATE: 16.09.2024
EXPIRY DATE: 16.09.2027

## RFA CELL 4 (CLEARANCE) SFTF-400 V40004

FROM

APKUDO

## CERTIFIED PRODUCT CLAIMS TEST

HAS ACHIEVED
**PASS**

TEST LEVEL
**1**

MEDIA TESTED

SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1
SMART PHONE - GALAXY S22- ANDROID 14

ON BEHALF OF ADISA

DR. PHILIP TURNER
TECHNOLOGY DIRECTOR
ADISA RESEARCH CENTRE

ADISA CERTIFIED PRODUCT CLAIMS TEST

1 2 3 4 5 6

ASSURANCE LEVEL 3

VERIFICATION CODE

This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.

SCHEME OWNED AND OPERATED BY ADISA CERTIFICATION LIMITED
Ground Floor, 5 Kinsbourne Court 96 - 100 Luton Road Harpenden AL5 3BL
www.adisa.global

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the '488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1f]** processing, by the test system, the electronic device for distribution to one or more locations in response to determining, by the test system, whether the CPI is present on the electronic device, wherein processing the electronic device includes attempting to remove the CPI from the electronic device in response to a determination that the electronic device includes the CPI, verifying that the CPI is removed from the electronic device in response to the | On information and belief, Defendant processes, by the test system, the electronic device for distribution to one or more locations in response to determining, by the test system, whether the CPI is present on the electronic device, wherein processing the electronic device includes attempting to remove the CPI from the electronic device in response to a determination that the electronic device includes the CPI, and verifying that the CPI is removed from the electronic device in response to the attempt to remove the CPI. For example, For example, Apkudo's Robotic Full Automation provides data clearing that can "***[s]anitize and validate data erasure*** for up to 52 devices at a time." https://www.apkudo.com/automation-line (emphasis added)<br><br><br>https://www.apkudo.com/automation-line |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| attempt to remove the CPI; and | Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added).<br><br>“Apkudo's RFA Processing Solution is a modular suite of apps and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added).<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization: |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/recover/employee-purchase<br><br>mobile recell \| part of apkudo<br><br>Additionally, mobile recell, a part of Apkudo, has utilized “data destruction software.”<br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/ |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | |
| **[1g]** activating, by the test system, the functionality of the electronic device in response to verifying that the CPI has been removed from the electronic device. | On information and belief, Defendant activates, by the test system, the functionality of the electronic device in response to verifying that the CPI has been removed from the electronic device. For example, Apkudo’s Robotic Full Automation system activates the functionality of devices in post-processing after verifying that the CPI has been removed from the devices.<br><br><br>https://www.apkudo.com/automation-line |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/automation-line |
| **3** The method according to claim 1, wherein the electronic device is received for return, repair, recycling, or refurbishment. | On information and belief, Defendant performs a method according to claim 1, wherein the electronic device is received for return, repair, recycling, or refurbishment. For example, Apkudo’s Robotic Full Automation is used for devices that are received for return, repair, recycling, or refurbishment. |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/recover |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |  |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/recover<br><br>By prioritizing recycling, reuse, and resale, the airline has demonstrably reduced its carbon footprint and landfill waste. Apkudo's platform provides managers with comprehensive, real-time reports, offering valuable insights into the environmental impact of these impactful programs.<br>https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback |
| **4** The method according to claim 1, wherein the report is communicated to a service provider associated with the electronic device. | On information and belief, Defendant performs a method according to claim 1, wherein the report is communicated to a service provider associated with the electronic device. For example, Apkudo provides “a secure chain of logistics and Certificate of Data Erasure” for devices to provide an audit trail that is communicated to a service provider associated with the electronic device.<br>https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process<br><br>**What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo’s cutting-edge platform to drive efficiency and sustainability across Europe. Here’s why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste. |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

# CERTIFICATE OF REGISTRATION

ADISA®

CERTIFICATION NUMBER: AAC148
PROJECT NUMBER: ADPC249
VERSION NUMBER: 01

ISSUE DATE: 16.09.2024
EXPIRY DATE: 16.09.2027

## RFA CELL 4 (CLEARANCE) SFTF-400 V40004

FROM

APKUDO

## CERTIFIED PRODUCT CLAIMS TEST

HAS ACHIEVED
**PASS**

TEST LEVEL
**1**

---

MEDIA TESTED

SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1
SMART PHONE - GALAXY S22- ANDROID 14

---

ON BEHALF OF ADISA

DR. PHILIP TURNER
TECHNOLOGY DIRECTOR
ADISA RESEARCH CENTRE

ADISA® CERTIFIED PRODUCT CLAIMS TEST

1 2 3 4 5 6

ASSURANCE LEVEL 3

VERIFICATION CODE

This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.

SCHEME OWNED AND OPERATED BY ADISA CERTIFICATION LIMITED
Ground Floor, 5 Kinsbourne Court 96 - 100 Luton Road Harpenden AL5 3BL
www.adisa.global

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br><br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br><br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **5** The method according to claim 4, wherein the report is communicated to a party responsible for removing the CPI from the electronic device. | On information and belief, Defendant performs a method according to claim 4, wherein the report is communicated to a party responsible for removing the CPI from the electronic device. For example, Apkudo provides “a secure chain of logistics and Certificate of Data Erasure” for devices to provide an audit trail that is communicated to a party responsible for removing the CPI from the electronic device. https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process<br><br>**What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo’s cutting-edge platform to drive efficiency and sustainability across Europe. Here’s why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste.<br><br>https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

# CERTIFICATE OF REGISTRATION

ADISA®

CERTIFICATION NUMBER: AAC148
PROJECT NUMBER: ADPC249
VERSION NUMBER: 01

ISSUE DATE: 16.09.2024
EXPIRY DATE: 16.09.2027

## RFA CELL 4 (CLEARANCE) SFTF-400 V40004

FROM

APKUDO

## CERTIFIED PRODUCT CLAIMS TEST

HAS ACHIEVED
**PASS**

TEST LEVEL
**1**

MEDIA TESTED

SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1
SMART PHONE - GALAXY S22- ANDROID 14

ON BEHALF OF ADISA

DR. PHILIP TURNER
TECHNOLOGY DIRECTOR
ADISA RESEARCH CENTRE

ADISA® CERTIFIED PRODUCT CLAIMS TEST

1 2 3 4 5 6

ASSURANCE LEVEL 3

VERIFICATION CODE

This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.

SCHEME OWNED AND OPERATED BY ADISA CERTIFICATION LIMITED
Ground Floor, 5 Kinsbourne Court 96 - 100 Luton Road Harpenden AL5 3BL
www.adisa.global

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br><br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br><br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **7** The method according to claim 1, further comprising: auditing the electronic device for addition and removal of the CPI from the electronic device while in possession of an organization. | On information and belief, Defendant performs a method according to claim 1, further comprising auditing the electronic device for addition and removal of the CPI from the electronic device while in possession of an organization. For example, Apkudo provides “a secure chain of logistics and Certificate of Data Erasure” for devices to provide an audit trail. https://www.apkudo.com/post/from-hassle-to-high-value-a-modernized-it-asset-recovery-process<br><br>**What Makes This Partnership Stand Out?**<br><br>The article showcases how Cyculus has embraced Apkudo’s cutting-edge platform to drive efficiency and sustainability across Europe. Here’s why it matters:<br><br>• **High-Volume Processing**: Our robotic systems can process thousands of devices a day with unrivalled accuracy.<br>• **AI-Driven Grading**: Cosmetic inspection cells capture up to 14 images per device, achieving grading repeatability at around 98% — far beyond traditional methods.<br>• **Comprehensive Reporting**: Every device comes with a detailed report and ADISA certified data deletion certificate, giving customers confidence and reducing return rates.<br>• **Sustainability at Heart**: By improving grading and recovery, we help businesses extract more value from every device while reducing e-waste.<br><br>https://cyculus.com/cyculus-proud-to-be-powered-by-apkudo/ |

# CERTIFICATE OF REGISTRATION

ADISA®

CERTIFICATION NUMBER: AAC148
PROJECT NUMBER: ADPC249
VERSION NUMBER: 01

ISSUE DATE: 16.09.2024
EXPIRY DATE: 16.09.2027

## RFA CELL 4 (CLEARANCE) SFTF-400 V40004

FROM

APKUDO

## CERTIFIED PRODUCT CLAIMS TEST

HAS ACHIEVED
**PASS**

TEST LEVEL
**1**

---

MEDIA TESTED

SMART PHONE - APPLE IPHONE 13 - IOS 17.6.1
SMART PHONE - GALAXY S22- ANDROID 14

---

ON BEHALF OF ADISA

P. Turner

DR. PHILIP TURNER
TECHNOLOGY DIRECTOR
ADISA RESEARCH CENTRE

ADISA® CERTIFIED PRODUCT CLAIMS TEST

1 2 3 4 5 6

ASSURANCE LEVEL 3

VERIFICATION CODE

This certificate was issued electronically and remains the property of ADISA Certification, it is bound by the conditions of the licence agreement.

SCHEME OWNED AND OPERATED BY ADISA CERTIFICATION LIMITED
Ground Floor, 5 Kinsbourne Court 96 - 100 Luton Road Harpenden AL5 3BL
www.adisa.global

| Claims of the '488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://adisacertification.com/wp-content/uploads/2025/02/ADPC249-Certificate-v1.0-1.pdf<br><br>mobile recell \| part of apkudo<br><br>Our ISO-certified processing partner utilizes vigorous data-destruction tools that are extremely thorough, making device data-extraction nonexistent.<br><br>NIST 800-88 standards along with Certificates of Data-Destruction for each device empower your company with proper documentation and data security.<br>https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/<br><br>**IT Asset Processing**<br><br>**The necessary processing services to effectively validate technical functionality, capture device grade, and ensure data erasure prior to final asset disposition steps.**<br><br>We have partnered with a leading global processor to implement our proprietary process. Our software integrated with their technology provides you with a turnkey, standardized workflow for all of your IT asset processing needs with visibility every step of the way.<br><br>Each IT asset Mobile reCell processes completes rigorous functionality testing, transparent cosmetic grading, and certified data erasure in adherence to the highest environmental, legislative, and data security standards.<br><br>Once an IT asset is processed by Mobile reCell, a Certificate of Data Destruction is issued. This certificate allows you—and your legal team—to rest easy knowing your valuable company data is secure.<br><br>• Ensure processed IT assets are thoroughly inspected with diagnostic functionality testing<br>• Hold end users accountable with high-resolution photos and a detailed grading scale for processed IT assets<br>• Provide auditors with a documented, secure chain of logistics<br>https://web.archive.org/web/20240527164411/https://mobilerecell.com/services/#it-asset-processing%20%E2%80%8B |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **12** The method according to claim 1, further comprising testing, by the test system, a plurality of electronic devices concurrently. | On information and belief, Defendant performs a method according to claim 1, further comprising testing, by the test system, a plurality of electronic devices concurrently. For example, Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added)<br><br><br>https://www.apkudo.com/automation-line |
| **13** The method according to claim 12, wherein the | On information and belief, Defendant performs a method according to claim 12, wherein the plurality of electronic devices consist of different makes and models of electronic devices. For example, Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time” of which the plurality of devices consist of different makes and model of electronic devices. https://www.apkudo.com/automation-line (emphasis added) |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| plurality of electronic devices consist of different makes and model of electronic devices. | <br>https://www.apkudo.com/automation-line |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |   https://www.apkudo.com/automation-unit |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What devices can the RSA process?**<br>RSA offers broad compatibility and can seamlessly process iOS and Android smartphones, tablets, and even the latest foldable devices—all within a single system.<br>**Can the system handle iOS and Android devices without reconfiguration?**<br>Yes, RSA can support the full device mix, including different operating systems and form factors, without reconfiguration. Devices can be introduced and processed at random without pausing for specialized configuration.<br>https://www.apkudo.com/automation-unit |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/launch |

# Simulated Usage Testing

Assess device stability and compatibility by testing a mix of applications, device load, and more.



| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/launch<br><br><br>https://www.apkudo.com/launch |
| **14** The method according to claim 1, wherein the testing | On information and belief, Defendant performs a method according to claim 1, wherein the testing further comprises determining an identifier associated with the electronic device, determining the make and model of the electronic device, and retrieving the library associated with the make and model. For example, Apkudo’s Device Passport Platform shows the IMEI, make, and model of electronic devices identified by Apkudo’s RFA devices: |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| further comprises: determining an identifier associated with the electronic device; determining the make and model of the electronic device; and retrieving the library associated with the make and model. |   https://www.apkudo.com/platform-overview |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Defendant has a “Global Device Library” for a plurality of makes, models, and configurations.<br><br>https://www.apkudo.com/automation-line<br><br>The libraries of the Accused Products and Services provide information for detecting (and erasing) CPI on a plurality of electronic devices. |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/powered-by-apkudo<br><br>Apkudo’s Robotic Full Automation provides data clearing that can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added) |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>https://www.apkudo.com/automation-line<br><br>Additionally, Apkudo’s “automated and transparent device recovery program” provided that “all returned devices were securely processed for ***data erasure***.” https://www.apkudo.com/customer-stories/device-recovery-leading-global-airline-takeback (emphasis added).<br><br>Also, “Apkudo’s Automated Device Processing Solution includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | “Apkudo's RFA Processing Solution is a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices using software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html<br><br>Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization:<br><br><br><br>https://www.apkudo.com/recover/employee-purchase |

| Claims of the ’488 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Additionally, mobile recell, a part of Apkudo, has utilized “data destruction software.” https://web.archive.org/web/20240919120555/https:/mobilerecell.com/data-destruction/ |