# EXHIBIT P

## Infringement of U.S. Patent No. 10,657,017 Under 35 U.S.C. § 271

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claim 1 of the ’017 Patent.

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** A computer-implemented method to service an electronic device, the method comprising: | On information and belief, Defendant performs a computer-implemented method to service an electronic device. For example, Apkudo’s Robotic Full Automation and Device Passport Platform service connected devices under computer control.<br><br>Apkudo’s cells “prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added). |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>Apkudo's customers "make clear decisions to repair, recycle, or return products." https://vimeo.com/577368934 (0:24).<br><br>Apkudo's Recovery software provides workflows for remote wipe or physical data sanitization. https://www.apkudo.com/recover/employee-purchase. |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Apkudo further advertises that its “fully automated line can process 250+ mobile devices per hour” and that “[m]odular and integrated processing cells work together seamlessly to meet your unique workflow requirements.” https://www.apkudo.com/process.<br><br>Apkudo’s RFA Processing Solution uses “software, robotics, and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html. |
| **[1a]** receiving a request to service a first electronic device communicatively connected to a first test station; | On information and belief, Defendant receives a request to service a first electronic device communicatively connected to a first test station.<br><br>Apkudo’s Functional Test and Cosmetic Grading Robotics video depicts these processing cells receiving, holding, and operating on individual electronic devices. https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25; https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18.<br><br>Apkudo also identifies a discrete “Receiving Station” that operates on a device before it enters the automation equipment: “Apkudo automation technology operates via a ***testing app on the device***. ***Installation and launch of the application*** can be fulfilled with Apkudo’s Receiving Station prior to the device entering automation equipment.” https://www.apkudo.com/automation-unit (emphasis added).<br><br>Apkudo’s Robotic Standalone Automation communicates with a mix of different electronic devices. https://www.apkudo.com/automation-unit. Apkudo’s Robotic Full Automation communicates with numerous devices at one time, and can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added).<br><br>Apkudo’s Receiving Station “supports a standardized intake process with data upload to the Apkudo Platform,” and “log[s] each device as it arrives.” https://www.apkudo.com/automation-unit. On information and belief, that intake generates the request to service the device that is then acted upon by the processing cell to which the device is connected.<br><br>To the extent that Defendant argues that this limitation is not practiced literally, Defendant’s actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (initiating servicing of a device that is connected to a processing station), performed in the same way (receiving an intake request identifying the connected device), to achieve the same result (the connected device being serviced at that station). |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1b]** obtaining a device model and an image group of the first electronic device, each image group being associated with one or more different device models; | On information and belief, Defendant obtains a device model and an image group of the first electronic device, each image group being associated with one or more different device models.<br><br>Apkudo's Device Passport Platform displays the make and model of each electronic device processed by Apkudo's automation. https://www.apkudo.com/platform-overview.<br><br>Apkudo's overview video shows the system identifying the make and model of a device by scanning it. https://vimeo.com/577368934 (0:15–0:16). Apkudo's testing video likewise shows devices displaying model information on screen during processing. https://www.youtube.com/watch?v=XvozvhfLUC8 (0:28–0:30).<br><br>Apkudo maintains a "Global Device Library" covering a plurality of makes, models, and configurations. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo.<br><br><br><br><br>Apkudo maintains a "Global Device Library" that organizes device makes, models, and configurations, and that drives the software Apkudo applies to a given device. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo. On information and belief, the Accused Products and Services associate each device model with a corresponding set of applications and configuration data — an "image group" within the meaning of the claim — such that one such grouping corresponds to one or more different device models.<br><br>Apkudo's Device Passport Platform displays devices organized by model in its "Passport Directory." https://www.apkudo.com/platform-overview. |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  <br>To the extent that Defendant argues that this limitation is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (identifying the device and the corresponding set of software to be applied to it), performed in the same way (looking up the device model and its associated software grouping in a device library), to achieve the same result (selection of the applications appropriate to that device). |
| **[1c]** determining criteria for servicing the first electronic device in accordance with a first desired setup, the criteria being based on the device model of the first electronic device; | On information and belief, Defendant determines criteria for servicing the first electronic device in accordance with a first desired setup, the criteria being based on the device model of the first electronic device. |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Apkudo advertises that "[w]ith our automated solution, we can replace subjective decision making with measurable, definable criteria that are ***adjustable to your specifications***." https://vimeo.com/577368934 (0:35–0:45) (emphasis added).<br><br>Apkudo's Diagnostic SDK permits the customer to "[c]onfigure the device application flow to match your specific use case and program needs." https://www.apkudo.com/diagnostic-sdk. Apkudo's processing cells are likewise configured "to meet your unique workflow requirements." https://www.apkudo.com/process.<br><br>Apkudo's system is customizable by device type: "It's also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen." https://vimeo.com/577368934 (0:55–1:00).<br><br>Those criteria are applied on a per-model basis: Apkudo's system first identifies the device make and model by scanning, https://vimeo.com/577368934 (0:15–0:16), and Apkudo's Global Device Library is organized by make, model, and configuration. https://www.apkudo.com/automation-line.<br><br>Apkudo's Device Passport Platform displays the make and model of each electronic device processed by Apkudo's automation. https://www.apkudo.com/platform-overview. |
| **[1d]** receiving at least one of a first virtual hard drive having an image of one or more applications compatible with the image group of the first electronic device; and | On information and belief, Defendant receives at least one of a first virtual hard drive having an image of one or more applications compatible with the image group of the first electronic device.<br><br>Apkudo's processing solution is "a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices." https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added). |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>A modular suite of apps and appliances for receiving, preparing, cleaning, data clearing, testing, and grading connected devices using software, robotics and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.<br><br>Apkudo’s automation “operates via a testing app on the device,” and the “[i]nstallation and launch of the application” is performed at Apkudo’s Receiving Station. https://www.apkudo.com/automation-unit.<br><br>Apkudo’s Launch offering “[a]ssess[es] device stability and compatibility by ***testing a mix of applications***, device load, and more,” and draws on a library of “600+ apps” selected “[b]ased on your user profiles.” https://www.apkudo.com/launch (emphasis added).<br><br>On information and belief, this functionality is implemented in part through Apkudo’s DeviceOS. https://www.apkudo.com/platform-overview.<br><br>Apkudo offers its Platform as a Software as a Service (SaaS) hosted on network infrastructure. https://www.apkudo.com/powered-by-apkudo. The Apkudo Platform “brings together data from automation robotics, including Apkudo’s industry-leading automation lines, ***warehouse management*** |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | ***systems***, customer applications, and third-party data sources into one unified, trusted data layer.” https://finance.yahoo.com/news/apkudo-launches-industry-first-ai-124500406.html (emphasis added).<br><br>On information and belief, the applications that Apkudo installs and launches on a device are maintained centrally as an image and delivered to, or made accessible to, the processing cell that services the device.<br><br>To the extent that Defendant argues that this limitation is not practiced literally, Defendant’s actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (supplying the servicing station with the application image it needs), performed in the same way (providing a stored image of the applications, or access to it, that corresponds to the device’s grouping), to achieve the same result (the station having the applications available to run on the device). |
| **[1e]** executing a first set of the one or more applications to service the first electronic device in accordance with the first desired setup. | On information and belief, Defendant executes a first set of the one or more applications to service the first electronic device in accordance with the first desired setup.<br><br>Apkudo’s processing solution is “a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added). |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>A modular suite of apps and appliances for receiving, preparing, cleaning, data clearing, testing, and grading connected devices using software, robotics and artificial intelligence to provide an automated, single-piece flow for any device, anywhere.<br><br>Apkudo's automation "operates via a testing app on the device," and the "[i]nstallation and launch of the application" is performed at Apkudo's Receiving Station. https://www.apkudo.com/automation-unit.<br><br>Apkudo's Launch offering "[a]ssess[es] device stability and compatibility by ***testing a mix of applications***, device load, and more," and draws on a library of "600+ apps" selected "[b]ased on your user profiles." https://www.apkudo.com/launch (emphasis added).<br><br>Apkudo's cells "prepare, clean, ***data erase***, test, and grade connected devices without any human interaction." https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added). Apkudo's customers "make clear decisions to repair, recycle, or return products." https://vimeo.com/577368934 (0:24). |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Apkudo’s Recovery software provides workflows for remote wipe or physical data sanitization. https://www.apkudo.com/recover/employee-purchase.<br><br>The applications so executed carry out the servicing operations the customer has configured. Apkudo advertises that “[w]ith our automated solution, we can replace subjective decision making with measurable, definable criteria that are ***adjustable to your specifications***.” https://vimeo.com/577368934 (0:35–0:45) (emphasis added). |
| **[2]** The computer-implemented method of claim 1, wherein determining the criteria for servicing the first electronic device in accordance with the first desired setup comprises determining at least one of criteria for servicing the first electronic device based on the device model of the first electronic device, a destination of the first electronic device, a device use condition of the first electronic device, a device repair condition of the first electronic device, and a technician specified criterion of the first electronic device. | On information and belief, Defendant performs the method of claim 1, wherein the criteria are determined based on at least one of the enumerated bases. *See* claim 1 above. This limitation is written in the alternative and is satisfied by any one of the listed bases.<br><br>**Device model.** Apkudo’s Device Passport Platform displays the make and model of each electronic device processed by Apkudo’s automation. https://www.apkudo.com/platform-overview. Apkudo maintains a “Global Device Library” covering a plurality of makes, models, and configurations. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo.<br><br>**Destination.** Apkudo “[i]ntegrate[s] with logistics and disposition providers, providing tracking details and advanced shipping notice (ASN) to the device’s next destination.” https://www.apkudo.com/diagnostic-sdk. Apkudo’s processing data “drives smarter routing, valuation, and resale.” https://www.apkudo.com/process.<br><br>**Device use and repair condition.** Apkudo performs cosmetic grading and functional testing to determine device condition, https://vimeo.com/577368934 (0:01–0:06), and its customers use the resulting condition data to “make clear decisions to repair, recycle, or return products.” https://vimeo.com/577368934 (0:24). Apkudo also offers “a segmented review of your repair vendor’s work.” https://www.apkudo.com/launch.<br><br>**Technician specified criterion.** Apkudo’s criteria are “adjustable to your specifications,” https://vimeo.com/577368934 (0:35–0:45), and its Diagnostic SDK allows the operator to “[c]onfigure the device application flow to match your specific use case and program needs.” https://www.apkudo.com/diagnostic-sdk. |
| **[4a]** The computer-implemented method of claim 1, further comprising: receiving a request to service a second electronic device | On information and belief, Defendant receives a request to service a second electronic device communicatively connected to the first test station. *See* claim 1 above. |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| communicatively connected to the first test station; | Apkudo’s Robotic Full Automation can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added). “This system dramatically reduces product test time because you can run the same test on multiple units simultaneously.” https://vimeo.com/577368934 (1:00–1:08).<br><br>Apkudo advertises that customers can “[c]ontrol the pace and movement of devices with AI-driven robotic processing solutions that match your budget and ***dynamic device volumes***,” and that its line processes “250+ mobile devices per hour.” https://www.apkudo.com/process (emphasis added).<br><br>Apkudo’s testing video shows a succession of devices being processed at the same station. https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:08; https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:27. |
| **[4b]** obtaining a device model and an image group of the second electronic device; and | On information and belief, Defendant obtains a device model and an image group of the second electronic device. *See* claims 1 and 4 above.<br><br>Apkudo’s Device Passport Platform displays the make and model of each electronic device processed by Apkudo’s automation. https://www.apkudo.com/platform-overview.<br><br>Apkudo’s overview video shows the system identifying the make and model of a device by scanning it. https://vimeo.com/577368934 (0:15–0:16). Apkudo’s testing video likewise shows devices displaying model information on screen during processing. https://www.youtube.com/watch?v=XvozvhfLUC8 (0:28–0:30).<br><br>Apkudo maintains a “Global Device Library” that organizes device makes, models, and configurations, and that drives the software Apkudo applies to a given device. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo. On information and belief, the Accused Products and Services associate each device model with a corresponding set of applications and configuration data — an “image group” within the meaning of the claim — such that one such grouping corresponds to one or more different device models. |
| **[4c]** executing the first set of the one or more applications to service the second electronic device in accordance with the first desired setup if the device model of the first electronic device and the device | On information and belief, Defendant executes the first set of the one or more applications to service the second electronic device in accordance with the first desired setup where the two device models are identical. *See* claims 1 and 4 above. |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| model of the second electronic device are identical. | “This system dramatically reduces product test time because you can run the same test on multiple units simultaneously.” https://vimeo.com/577368934 (1:00–1:08). Apkudo’s automation “[s]anitize[s] and validate[s] data erasure for up to 52 devices at a time.” https://www.apkudo.com/automation-line.<br><br>On information and belief, where two devices share a device model, Apkudo applies the same configured set of applications and the same servicing criteria to both. Apkudo advertises that “[w]ith our automated solution, we can replace subjective decision making with measurable, definable criteria that are ***adjustable to your specifications***.” https://vimeo.com/577368934 (0:35–0:45) (emphasis added). |
| **9[pre]** A system for servicing multiple electronic devices, the system comprising a processor operable to: | On information and belief, Defendant provides a system for servicing multiple electronic devices comprising a processor. *See* claim 1 above.<br><br>Apkudo’s Automated Device Processing Solution “includes integrated and modular cells that prepare, clean, ***data erase***, test, and grade connected devices without any human interaction.” https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added).<br><br>Apkudo further advertises that its “fully automated line can process 250+ mobile devices per hour” and that “[m]odular and integrated processing cells work together seamlessly to meet your unique workflow requirements.” https://www.apkudo.com/process.<br><br>Apkudo offers its Platform as a Software as a Service (SaaS) hosted on network infrastructure. https://www.apkudo.com/powered-by-apkudo. The Apkudo Platform “brings together data from automation robotics, including Apkudo’s industry-leading automation lines, ***warehouse management systems***, customer applications, and third-party data sources into one unified, trusted data layer.” https://finance.yahoo.com/news/apkudo-launches-industry-first-ai-124500406.html (emphasis added).<br><br>Apkudo’s automated testing occurs as the result of computer-executable instructions executed by processors within the Accused Products and Services. https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25; https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18. |
| **[9a]** receive a request to service a first electronic device communicatively connected to a first test station; | On information and belief, Defendant’s system receives a request to service a first electronic device communicatively connected to a first test station. *See* claims 1[a] and 9 above.<br><br>Apkudo’s Functional Test and Cosmetic Grading Robotics video depicts these processing cells receiving, holding, and operating on individual electronic devices. |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25; https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18.<br><br>Apkudo also identifies a discrete "Receiving Station" that operates on a device before it enters the automation equipment: "Apkudo automation technology operates via a ***testing app on the device***. ***Installation and launch of the application*** can be fulfilled with Apkudo's Receiving Station prior to the device entering automation equipment." https://www.apkudo.com/automation-unit (emphasis added).<br><br>Apkudo's Robotic Standalone Automation communicates with a mix of different electronic devices. https://www.apkudo.com/automation-unit. Apkudo's Robotic Full Automation communicates with numerous devices at one time, and can "***[s]anitize and validate data erasure*** for up to 52 devices at a time." https://www.apkudo.com/automation-line (emphasis added). |
| **[9b]** obtain a device model and an image group of the first electronic device, each image group being associated with one or more different device models; | On information and belief, Defendant's system obtains a device model and an image group of the first electronic device. *See* claims 1[b] and 9 above.<br><br>Apkudo's Device Passport Platform displays the make and model of each electronic device processed by Apkudo's automation. https://www.apkudo.com/platform-overview.<br><br>Apkudo's overview video shows the system identifying the make and model of a device by scanning it. https://vimeo.com/577368934 (0:15–0:16). Apkudo's testing video likewise shows devices displaying model information on screen during processing. https://www.youtube.com/watch?v=XvozvhfLUC8 (0:28–0:30).<br><br>Apkudo maintains a "Global Device Library" covering a plurality of makes, models, and configurations. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo.<br><br>Apkudo maintains a "Global Device Library" that organizes device makes, models, and configurations, and that drives the software Apkudo applies to a given device. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo. On information and belief, the Accused Products and Services associate each device model with a corresponding set of applications and configuration data — an "image group" within the meaning of the claim — such that one such grouping corresponds to one or more different device models.<br><br>Apkudo's Device Passport Platform displays devices organized by model in its "Passport Directory." https://www.apkudo.com/platform-overview. |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[9c]** determine criteria for servicing the first electronic device in accordance with a first desired setup, the criteria being based on the device model of the first electronic device; | On information and belief, Defendant’s system determines criteria for servicing the first electronic device in accordance with a first desired setup, based on the device model. *See* claims 1[c] and 9 above.<br><br>Apkudo advertises that “[w]ith our automated solution, we can replace subjective decision making with measurable, definable criteria that are ***adjustable to your specifications***.” https://vimeo.com/577368934 (0:35–0:45) (emphasis added).<br><br>Apkudo’s Diagnostic SDK permits the customer to “[c]onfigure the device application flow to match your specific use case and program needs.” https://www.apkudo.com/diagnostic-sdk. Apkudo’s processing cells are likewise configured “to meet your unique workflow requirements.” https://www.apkudo.com/process.<br><br>Apkudo’s system is customizable by device type: “It’s also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen.” https://vimeo.com/577368934 (0:55–1:00). |
| **[9d]** receive at least one of a first virtual hard drive having an image of one or more applications compatible with the image group of the first electronic device; and | On information and belief, Defendant’s system receives at least one of a first virtual hard drive having an image of one or more applications compatible with the image group. *See* claims 1[d] and 9 above.<br><br>Apkudo’s processing solution is “a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices.” https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added).<br><br>Apkudo’s automation “operates via a testing app on the device,” and the “[i]nstallation and launch of the application” is performed at Apkudo’s Receiving Station. https://www.apkudo.com/automation-unit.<br><br>Apkudo’s Launch offering “[a]ssess[es] device stability and compatibility by ***testing a mix of applications***, device load, and more,” and draws on a library of “600+ apps” selected “[b]ased on your user profiles.” https://www.apkudo.com/launch (emphasis added).<br><br>Apkudo offers its Platform as a Software as a Service (SaaS) hosted on network infrastructure. https://www.apkudo.com/powered-by-apkudo. The Apkudo Platform “brings together data from automation robotics, including Apkudo’s industry-leading automation lines, ***warehouse management systems***, customer applications, and third-party data sources into one unified, trusted data layer.” https://finance.yahoo.com/news/apkudo-launches-industry-first-ai-124500406.html (emphasis added). |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[9e]** execute a first set of the one or more applications to service the first electronic device in accordance with the first desired setup. | On information and belief, Defendant's system executes a first set of the one or more applications to service the first electronic device in accordance with the first desired setup. *See* claims 1[e] and 9 above.<br><br>Apkudo's automation "operates via a testing app on the device," and the "[i]nstallation and launch of the application" is performed at Apkudo's Receiving Station. https://www.apkudo.com/automation-unit.<br><br>Apkudo's Launch offering "[a]ssess[es] device stability and compatibility by ***testing a mix of applications***, device load, and more," and draws on a library of "600+ apps" selected "[b]ased on your user profiles." https://www.apkudo.com/launch (emphasis added).<br><br>Apkudo's cells "prepare, clean, ***data erase***, test, and grade connected devices without any human interaction." https://www.apkudo.com/customer-stories/global-tech-provider-protection-support (emphasis added). Apkudo's customers "make clear decisions to repair, recycle, or return products." https://vimeo.com/577368934 (0:24). |
| **[10a]** The system of claim 9, wherein the processor is further operable to: determine a number of test stations belonging to a first group of test stations, wherein each test station of the first group of test stations is utilized to service at least one electronic device that is associated with a first image group; | On information and belief, Defendant's system determines a number of test stations belonging to a first group. *See* claim 9 above.<br><br>Apkudo advertises that customers can "[c]ontrol the pace and movement of devices with AI-driven robotic processing solutions that match your budget and ***dynamic device volumes***," and that its line processes "250+ mobile devices per hour." https://www.apkudo.com/process (emphasis added). |
| **[10b]** determine a number of virtual hard drives belonging to a first set of virtual hard drives, wherein each virtual hard drive of the first set of virtual hard drives stores a copy of a first image, and wherein the first image is an image of one or more applications utilized to service the at least one electronic device; and | On information and belief, Defendant's system determines a number of virtual hard drives belonging to a first set. *See* claim 9 above.<br><br>Apkudo's processing solution is "a modular ***suite of apps*** and appliances for receiving, preparing, cleaning, ***data clearing***, testing, and grading connected devices." https://www.prnewswire.com/news-releases/basatne-selects-apkudo-to-transform-connected-device-processing-in-the-middle-east-301933405.html (emphasis added).<br><br>Apkudo's automation "operates via a testing app on the device," and the "[i]nstallation and launch of the application" is performed at Apkudo's Receiving Station. https://www.apkudo.com/automation-unit. |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | Apkudo's Launch offering "[a]ssess[es] device stability and compatibility by ***testing a mix of applications***, device load, and more," and draws on a library of "600+ apps" selected "[b]ased on your user profiles." https://www.apkudo.com/launch (emphasis added).<br>On information and belief, this functionality is implemented in part through Apkudo's DeviceOS. https://www.apkudo.com/platform-overview.<br>Apkudo offers its Platform as a Software as a Service (SaaS) hosted on network infrastructure. https://www.apkudo.com/powered-by-apkudo. The Apkudo Platform "brings together data from automation robotics, including Apkudo's industry-leading automation lines, ***warehouse management systems***, customer applications, and third-party data sources into one unified, trusted data layer." https://finance.yahoo.com/news/apkudo-launches-industry-first-ai-124500406.html (emphasis added). |
| **[10c]** dynamically request the number of the first set of virtual hard drives to be readjusted based on a first ratio, wherein the first ratio is a ratio of the number of test stations belonging to the first group of test stations relative to the number of the first set of virtual hard drives. | On information and belief, Defendant's system dynamically requests readjustment of the number of virtual hard drives based on a first ratio. *See* claim 9 above. |
| **15[pre]** A non-transitory machine-readable medium comprising instructions stored therein, which when executed by one or more processors, causes the one or more processors to perform operations comprising: | On information and belief, Defendant provides a non-transitory machine-readable medium comprising instructions that, when executed, cause the recited operations. *See* claims 1 and 9 above.<br><br>Apkudo's automated processing occurs as the result of computer-executable instructions stored on non-transitory computer-readable storage media and executed by the system. https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25; https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18.<br><br>Apkudo offers its Platform as a Software as a Service (SaaS) hosted on network infrastructure. https://www.apkudo.com/powered-by-apkudo. The Apkudo Platform "brings together data from automation robotics, including Apkudo's industry-leading automation lines, ***warehouse management systems***, customer applications, and third-party data sources into one unified, trusted data layer." https://finance.yahoo.com/news/apkudo-launches-industry-first-ai-124500406.html (emphasis added). |

| Claims of the ’017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[15a]** receiving a request to service a first electronic device; | On information and belief, Defendant receives a request to service a first electronic device. *See* claims 1[a] and 15 above.<br><br>Apkudo also identifies a discrete “Receiving Station” that operates on a device before it enters the automation equipment: “Apkudo automation technology operates via a ***testing app on the device***. ***Installation and launch of the application*** can be fulfilled with Apkudo’s Receiving Station prior to the device entering automation equipment.” https://www.apkudo.com/automation-unit (emphasis added).<br><br>Apkudo’s Robotic Standalone Automation communicates with a mix of different electronic devices. https://www.apkudo.com/automation-unit. Apkudo’s Robotic Full Automation communicates with numerous devices at one time, and can “***[s]anitize and validate data erasure*** for up to 52 devices at a time.” https://www.apkudo.com/automation-line (emphasis added). |
| **[15b]** obtaining a device model and an image group of the first electronic device; | On information and belief, Defendant obtains a device model and an image group of the first electronic device. *See* claims 1[b] and 15 above. Note that, unlike claims 1 and 9, claim 15 does not require that each image group be associated with one or more different device models.<br><br>Apkudo’s Device Passport Platform displays the make and model of each electronic device processed by Apkudo’s automation. https://www.apkudo.com/platform-overview.<br><br>Apkudo’s overview video shows the system identifying the make and model of a device by scanning it. https://vimeo.com/577368934 (0:15–0:16). Apkudo’s testing video likewise shows devices displaying model information on screen during processing. https://www.youtube.com/watch?v=XvozvhfLUC8 (0:28–0:30).<br><br>Apkudo maintains a “Global Device Library” covering a plurality of makes, models, and configurations. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo.<br><br>Apkudo maintains a “Global Device Library” that organizes device makes, models, and configurations, and that drives the software Apkudo applies to a given device. https://www.apkudo.com/automation-line; https://www.apkudo.com/powered-by-apkudo. On information and belief, the Accused Products and Services associate each device model with a corresponding set of applications and configuration data — an “image group” within the meaning of the claim — such that one such grouping corresponds to one or more different device models. |
| **[15c]** determining criteria for servicing the first electronic device | On information and belief, Defendant determines criteria for servicing the first electronic device in accordance with a first desired setup, based on the device model. *See* claims 1[c] and 15 above. |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| in accordance with a first desired setup, the criteria being based on the device model of the first electronic device; and | Apkudo advertises that "[w]ith our automated solution, we can replace subjective decision making with measurable, definable criteria that are ***adjustable to your specifications***." https://vimeo.com/577368934 (0:35–0:45) (emphasis added).<br><br>Apkudo's Diagnostic SDK permits the customer to "[c]onfigure the device application flow to match your specific use case and program needs." https://www.apkudo.com/diagnostic-sdk. Apkudo's processing cells are likewise configured "to meet your unique workflow requirements." https://www.apkudo.com/process.<br><br>Apkudo's system is customizable by device type: "It's also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen." https://vimeo.com/577368934 (0:55–1:00). |
| **[15d]** requesting a first test station to execute a first set of one or more applications compatible with the image group of the first electronic device to service the first electronic device in accordance with the first desired setup, wherein the first test station is communicatively connected to the first electronic device, and | On information and belief, Defendant requests a first test station to execute a first set of one or more applications compatible with the image group of the first electronic device, the first test station being communicatively connected to the first electronic device. *See* claims 1[e] and 15 above.<br><br>Apkudo's automation "operates via a testing app on the device," and the "[i]nstallation and launch of the application" is performed at Apkudo's Receiving Station. https://www.apkudo.com/automation-unit.<br><br>Apkudo's Launch offering "[a]ssess[es] device stability and compatibility by ***testing a mix of applications***, device load, and more," and draws on a library of "600+ apps" selected "[b]ased on your user profiles." https://www.apkudo.com/launch (emphasis added).<br><br>Apkudo's Functional Test and Cosmetic Grading Robotics video depicts these processing cells receiving, holding, and operating on individual electronic devices. https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25; https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18.<br><br>Apkudo also identifies a discrete "Receiving Station" that operates on a device before it enters the automation equipment: "Apkudo automation technology operates via a ***testing app on the device***. ***Installation and launch of the application*** can be fulfilled with Apkudo's Receiving Station prior to the device entering automation equipment." https://www.apkudo.com/automation-unit (emphasis added).<br><br>Apkudo's Robotic Standalone Automation communicates with a mix of different electronic devices. https://www.apkudo.com/automation-unit. Apkudo's Robotic Full Automation communicates with numerous devices at one time, and can "***[s]anitize and validate data erasure*** for up to 52 devices at a time." https://www.apkudo.com/automation-line (emphasis added). |

| Claims of the '017 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[15e]** wherein the first test station is accessible to a first virtual hard drive that stores a copy of an image of the one or more applications. | On information and belief, The first test station is accessible to a first virtual hard drive that stores a copy of an image of the one or more applications. *See* claims 1[d] and 15 above.<br><br>Apkudo's automation "operates via a testing app on the device," and the "[i]nstallation and launch of the application" is performed at Apkudo's Receiving Station. https://www.apkudo.com/automation-unit.<br><br>Apkudo's Launch offering "[a]ssess[es] device stability and compatibility by ***testing a mix of applications***, device load, and more," and draws on a library of "600+ apps" selected "[b]ased on your user profiles." https://www.apkudo.com/launch (emphasis added).<br><br>On information and belief, this functionality is implemented in part through Apkudo's DeviceOS. https://www.apkudo.com/platform-overview.<br><br>Apkudo offers its Platform as a Software as a Service (SaaS) hosted on network infrastructure. https://www.apkudo.com/powered-by-apkudo. The Apkudo Platform "brings together data from automation robotics, including Apkudo's industry-leading automation lines, ***warehouse management systems***, customer applications, and third-party data sources into one unified, trusted data layer." https://finance.yahoo.com/news/apkudo-launches-industry-first-ai-124500406.html (emphasis added).<br><br>On information and belief, the applications executed at an Apkudo processing cell are maintained as a centrally stored image to which the cell has access over Apkudo's network infrastructure.<br><br>To the extent that Defendant argues that this limitation is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above—even to the extent argued to be different—has the same function (making the application image available to the station that will run it), performed in the same way (storing the image on a drive the station can reach over the network), to achieve the same result (the station executing the correct applications for the connected device). |