IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., Plaintiff, | § | |
| | § | No. 3:26-CV-1416-L-BW |
| v. | § | |
| APKUDO, INC., Defendant. | § | Referred to U.S. Magistrate Judge[1] |

**FIRST AMENDED SCHEDULING ORDER**

Before the Court is the parties Joint Motion for Entry of Amended Scheduling Order dated August 28, 2026. (Dkt. No. 48.) The Court **GRANTS** the motion and amends the scheduling order (Dkt. No. 36) in the manners reflected below.

Additionally, the parties are **ORDERED** to file a joint statement to the Court no later than **November 18, 2026**, stating whether they together or either party individually object to the appointment of a technical advisor pursuant to Fed. R. Civ. P. 53 to assist the Court in the management of this case, including at the claim construction stage. The parties may jointly propose up to three persons for consideration for appointment as technical advisor. The Court may also propose a technical advisor for the parties' consideration.

| EVENT | AMENDED DATE |
|---|---|
| Plaintiff's First Amended Complaint | September 1, 2026 |
| Plaintiff's Amended Preliminary Infringement Contentions | September 18, 2026 |
| Defendant's Amended Preliminary Invalidity Contentions | October 16, 2026 |
| Joinder of Parties | October 23, 2026 |

[1] United States District Judge Sam A. Lindsay referred this case to the undersigned magistrate judge for pretrial managements under 28 U.S.C. § 636(b). (Dkt. No. 23.)

| **EVENT** | **AMENDED DATE** |
|---|---|
| Amended Pleadings (*Plaintiff may not add new patents without leave of court, which will be granted only for good cause*) | October 23, 2026 |
| Proposed Claim Terms of Phrases for Construction | November 6, 2026 |
| Joint Statement on Technical Advisor Appointment | November 18, 2026 |
| Preliminary Claim Constructions and Extrinsic Evidence | December 4, 2026 |
| Joint Disputed Claim Terms Chart and Prehearing Statement | December 4, 2026 |
| Opening Claim Construction Brief | December 18, 2026 |
| Responsive Claim Construction Brief | January 8, 2027 |
| Joint Claim Construction Chart | January 15, 2027 |
| Claim Construction (*Markman*) Hearing | February 4, 2027 at 9:30 a.m. |
| Fact Discovery Deadline | April 9, 2027 |
| Mediation Deadline | April 23, 2027 |
| Initial Expert Designation | May 14, 2027 |
| Responsive Expert Designation | June 11, 2027 |
| Completion of Expert Discovery | July 2, 2027 |
| *Daubert*/Expert Objections | July 23, 2027 |
| Dispositive Motions | July 23, 2027 |

All other deadlines and provisions of the scheduling order remain in force.

**SO ORDERED** on August 31, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE