IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APKUDO, INC.,<br><br>Defendant | Civil Action No. 3:26-cv-01416-L-BW |

**DEFENDANT APKUDO, INC.'S NOTICE OF MOTION AND MOTION TO PARTIALLY DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendant Apkudo, Inc., ("Apkudo") hereby moves to dismiss Counts IV, V, VII, and VIII of Plaintiff FedEx Supply Chain Logistics and Electronics, Inc.'s ("FedEx" or "Plaintiff") First Amended Complaint ("FAC") for patent infringement.

Plaintiff fails to state claims of patent infringement upon which relief can be granted in Counts IV, V, VII, and VIII because the patents asserted in those counts – U.S Patent Nos. 9,575,973, 9,921,923, 9,311,488, and 10,657,017, respectively – are invalid as a matter of law because each claims ineligible subject matter under 35 U.S.C. § 101.

This Motion is based on this Notice of Motion, the accompanying Brief, any matters of which the Court may or must take judicial notice, and such other evidence and arguments as may be presented at any hearing on this Motion.

Date: September 18, 2026

Respectfully submitted,

*/s/ Eliyahu Ness*
Eliyahu Ness
NESS PLLC
TX Bar No. 24119651
eness@nesslegal.com
David Gamble
TX Bar No. 24040946
dgamble@nesslegal.com
3232 McKinney Avenue, Suite 500
Dallas, TX 75204
Tel: (469) 319-1355

John Fargo (*pro hac vice*)
jfargo@nesslegal.com
Alexis White (*pro hac vice*)
awhite@nesslegal.com
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (305) 359-7401

Shaun Gregory (*pro hac vice*)
CHERRY JOHNSON SIEGMUND JAMES PLLC
sgregory@cjsjlaw.com

**COUNSEL FOR DEFENDANT,**
**APKUDO, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 18, 2026.

*/s/ Eliyahu Ness*
Eliyahu Ness